MERRILL A. FICK, Respondent, v. WILLIAM F. O'CONNOR, Appellant.—

Present — Hill, P. J.,
Crapser, Bliss, Schenck and Foster, JJ.

JANE F. ROWLEY, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 25521.) RUTH SHAW, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 25522.)—

Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEPHEN ROGALSKI, Appellant, against WALTER B. MARTIN, as Warden of Clinton Prison, Respondent.—

Present — Hill, P. J.,
Crapser, Bliss, Heffernan and Schenck, JJ.

CHARLES H. ROSS, Respondent, v. MARION ROSS, Appellant.—

Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.